```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I St., Room 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2751
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )   CR. No. S-05-132 DFL
                                   )
11              Plaintiff,         )
                                   )   MOTION TO DISMISS INDICTMENT
12        v.                       )   AND [PROPOSED] ORDER
                                   )
13  RAUL AVALOS-RODRIGUEZ,         )
       aka Raul Avalos,            )
14                                 )
                Defendant.         )
15  _____)
```

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, moves this Honorable Court for an order dismissing the indictment in Case No. 05-132 DFL, filed on March 31, 2005.

This motion is made because on May 13, 2005, in the courtroom of Chief Magistrate Judge Gregory G. Hollows, the defendant pled guilty to a superseding information charging one misdemeanor violation of Title 8, United States Code § 1325(a)(3) [illegal entry by an alien] and one misdemeanor violation of Title 18, United States Code § 1028(a)(6) [possession of falsely-made Social Security Card]. He was sentenced to a total of eighteen months imprisonment on the same day and waived appeal.

1     Defendant's custody status does not change because he is now
2 serving his sentence on the misdemeanor convictions.

3
  DATE:  May 13, 2005                   McGREGOR W. SCOTT
4                                       United States Attorney

5
                                      By /s/Jason Hitt
6                                       JASON HITT
                                       Assistant U.S. Attorney
7
8
9
10                           O R D E R

11
  APPROVED AND SO ORDERED:
12

13
  DATED: 5/19/2005
14

15

16                       _____
17                       DAVID F. LEVI
                      Chief United States District Judge
18